IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMMY DEMOND BELL,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 04-0257-WS-D |
| **C. HADLEY, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that it is **ORDERED** defendants M. Washington, O. McWilliams, G. Coleman, and Cpl. J. McCall be and are hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) because plaintiff's claims against them fail to state a claim upon which relief can be granted.

**DONE** and **ORDERED** this 5th day of October, 2005.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE